**FILED**
November 16, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **OLVAN ALEXANDER HERNANDEZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **NO. SA-26-CV-4455-OLG** |
| | § | |
| **WARDEN ROSE THOMPSON *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**DISMISSAL ORDER**

Before the Court is the status of this habeas proceeding, which Petitioner initiated on July 15, 2026. Respondents have since advised the Court of Petitioner's voluntary departure from the United States on July 19, 2026. (Dkt. No. 5.) Accordingly, because Petitioner is no longer in Respondents' custody, the Petition for Writ of Habeas Corpus (Dkt. No. 1) is moot, and this case is therefore **DISMISSED WITHOUT PREJUDICE** as such.

This case is **CLOSED**.

**SIGNED** on November 16, 2026.

ORLANDO L. GARCIA
United States District Judge